# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PATRICIA A. RHODES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00187-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2014 Order Reversing Decision and Remanding For Further Administrative Proceedings.

April 1, 2014

Frank G. Johns, Clerk
United States District Court