IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:13-CV-187-RLV

| PATRICIA A. RHODES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). [Doc. No. 20]. In her Motion, Plaintiff shows that the Commissioner of Social Security should pay the sum of $9,500.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, and that such sum should be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. The Commissioner, through counsel, consents to the Plaintiff's request. [Doc. No. 21].

Having reviewed the request and the record as a whole, the Court hereby **GRANTS** the Plaintiff's Motion. [Doc. No. 20]. It is, therefore, **ORDERED** that the Commissioner shall pay to Plaintiff's counsel the sum of $9,500.00 from Plaintiff's back benefits. Plaintiff's counsel is further **ORDERED** to reimburse Plaintiff $3,006.25, the amount representing the fee previously rendered under the Equal Access to Justice Act. *See* [Doc. No. 19]; *see also* 28 U.S.C. § 2412(d).

**SO ORDERED**.

Signed: March 8, 2016

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge